**UNITED STATES COURT OF INTERNATIONAL TRADE**

**INFORMATION STATEMENT**

(Place an "X" in applicable [ ])

| **PLAINTIFF:** Meijer Distribution, Inc.<br><br>**ATTORNEY** (Name, Address, Telephone No.):<br>PISANI & ROLL, PLLC<br>1875 Century Park East, Suite 600<br>Los Angeles, CA 90067    Tel: (310) 826-4410 | **PRECEDENCE**<br>If the action is to be given precedence under Rule 3(g), indicate the applicable paragraph of that section:<br>[ ] (1)     [ ] (3)     [ ] (5)<br>[ ] (2)     [ ] (4)     [ ] (6) |
|---|---|

**CONSTITUTIONAL ISSUE - 28 U.S.C. § 255**

If this action raises an issue of the constitutionality of an Act of Congress, a proclamation of the President or an Executive order, check this box: [  ]

**J U R I S D I C T I O N**

**28 U.S.C. § 1581(a) - Tariff Act of 1930, Section 515 - 19 U.S.C. § 1515**

[ ] Appraisal            [X] Classification      [ ] Charges or Exactions    [ ] Vessel Repairs
[ ] Exclusion            [ ] Liquidation         [ ] Drawback
[ ] Refusal to Reliquidate  [ ] Rate of Duty    [ ] Redelivery

**28 U.S.C. § 1581(b) - Tariff Act of 1930, Section 516 - 19 U.S.C. § 1516**

   [ ] Appraisal        [ ] Classification       [ ] Rate of Duty

**28 U.S.C. § 1581(c) - Tariff Act of 1930, Section 516A(a)(1), (a)(2) or (a)(3) - 19 U.S.C. §1516a** (Provide a brief description of the administrative determination you are contesting, including the relevant **Federal Register** citation(s) and the product(s) involved in the determination. For Section 516A(a)(1) or (a)(2), cite the specific subparagraph and clause of the section.)

Subparagraph and Clause _____ Agency_____
**Federal Register** Cite(s)_____
Product(s)_____

28 U.S.C. § 1581(d) - Trade Act of 1974 - 19 U.S.C. §§ 2273, 2341, 2401b
[ ] U.S. Secretary of Labor [ ] U.S. Secretary of Commerce [ ] U.S. Secretary of Agriculture

**28 U.S.C. § 1581(e) - Trade Agreements Act of 1979, Section 305(b)(1) - 19 U.S.C. § 2515**
(Provide a brief statement of the final determination to be reviewed. )

**28 U.S.C. § 1581(f) - Tariff Act of 1930, Section 777(c)(2) - 19 U.S.C. § 1677f(c)(2)**
Agency: [ ] U.S. International Trade Commission   [ ] Administering Authority

**28 U.S.C. § 1581(g) - Tariff Act of 1930, Section 641 - 19 U.S.C. § 1641 - or Section 499 - 19 U.S.C. § 1499**
[ ] Sec. 641(b)(2)     [ ] Sec. 641(b)(3)      [ ] Sec. 641(c)(1)     [ ] Sec. 641(b)(5)
[ ] Sec. 641(c)(2)     [ ] Sec. 641(d)(2)(B)   [ ] Sec. 499(b)

(Continued on reverse side)

**J U R I S D I C T I O N**
(Continued)

**28 U.S.C. § 1581(h) - Ruling relating to:**

| | | |
|---|---|---|
| [ ] Classification | [ ] Valuation | [ ] Restricted Merchandise |
| [ ] Rate of Duty | [ ] Marking | [ ] Entry Requirements |
| [ ] Drawbacks | [ ] Vessel Repairs | [ ] Other: |

**28 U.S.C. § 1581(i)** - (Cite any applicable statute and provide a brief statement describing jurisdictional basis.)

**28 U.S.C. § 1582 - Actions Commenced by the United States**

[ ] (1) Recover civil penalty under Tariff Act of 1930:
    [ ] Sec. 592    [ ] Sec. 593A    [ ] Sec. 641(b)(6)
    [ ] Sec. 641(d)(2)(A)    [ ] Sec. 704(i)(2)    [ ] Sec. 734(i)(2)
[ ] (2) Recover upon a bond
[ ] (3) Recover customs duties

**R E L A T E D   C A S E (S)**

To your knowledge, does this action involve a common question of law or fact with any other action(s) previously decided or now pending?     NONE

| | PLAINTIFF | COURT NUMBER | JUDGE |
|---|---|---|---|
| [X] Decided: | The Home Depot  USA | 00-00061 | Carman |
| [ ] Pending: | | | |

(Attach additional sheets, if necessary.)

(As amended, eff. Jan. 1, 1985; Jan. 25, 2000, eff. May 1, 2000; May 25, 2004, eff. Sept. 1, 2004; Nov. 29, 2005, eff. Jan. 1, 2006; Nov. 28, 2006, eff. Jan. 1, 2007.)