# PISANI & ROLL LLP
*Attorneys at Law*

Robert J. Pisani*
Michael E. Roll**
Brett Harris***
*Admitted in DC
**Admitted in CA
***Admitted in DC & NY

1875 Century Park East, Suite 600
Los Angeles, CA 90067
310. 826.4410(t)
877.674.5789 (f)

1629 K Street NW, Suite 300
Washington, DC 20006
202.466.0960(t)
877.674.5789 (f)

www.worldtradelawyers.com

**Michael E. Roll**
mroll@worldtradelawyers.com

February 5, 2010

**VIA E-FILING**
Hon. Tina Potuto Kimble
Clerk of the Court
U.S. Court of International Trade
One Federal Plaza
New York, NY 10278-0001

**Re:  Meijer Distribution, Inc. v United States – Court No. 08-00021**

Dear Hon. Clerk:

Enclosed for filing is a draft scheduling order in the above case.  Both Plaintiff and Defendant have agreed to the dates set forth therein.

Sincerely,

Michael E. Roll

Encl.

**CERTIFICATE OF SERVICE**

I, Michael Roll, hereby certify that I am over 18 years of age and that I served a copy of the draft scheduling order upon the U.S. Department of Justice via electronic mail on February 5, 2010 and also caused a copy of the attached draft scheduling order via regular mail:

>
> Assistant Attorney General
> International Trade Field Office
> U.S. Department of Justice
> 26 Federal Plaza, Room 346
> New York, NY 10278
> Attn:   Edward Kenny

_____
Michael E. Roll